**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NUEVOS AIRES SHOWS LLC,

                Plaintiff,

          -against-                         19 **CIVIL** 1822 (NRB)

                                             **JUDGMENT**

URS BÜHLER, CARLOS MARÍN, DAVID
MILLER, SÉBASTIEN IZAMBARD, IL DIVO,
IL DIVO ENTERTAINMENT TOURS INC.,
JORGE E. PINOS, JEP ENTERTAINMENT
GROUP, INC., COMPANY X, COMPANY Y,
and INSURERS A through I,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum and Order dated April 17, 2020, the Court grants defendants'

motion to dismiss for the reasons stated herein; accordingly, this case is closed.

**Dated:**  New York, New York

      April 17, 2020

                                    **RUBY J. KRAJICK**
                                _____
                                    Clerk of Court

                **BY:**

                                      **Deputy Clerk**